# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR 7 | F5300282 | Soules | 2323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 9/11/20 2000
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 261.53(a)
**Place of Offense:** Wizard Falls Fish Hatchery
**Offense Description / Factual Basis for Charge:** Public health & safety — Entering a Fire Closure
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Rutherford
**First Name:** Kinnon
**M.I.:** Q

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → $ 330.00 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
*F5300282*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident